| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Tom R. Normandin, Esq., Bar No. 102265<br>PRENOVOST, NORMANDIN, DAWE & ROCHA<br>2122 N. Broadway, Suite 200<br>Santa Ana, CA 92706<br>(714) 547-2444<br>(714) 835-2889 (Fax)<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: NextGear Capital | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 28 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA   RIVERSIDE   DIVISION**

| In re:<br><br>Ma Kazaz<br><br><br><br><br><br>Debtor(s)<br><br>NextGear Capital,<br><br><br><br>Plaintiff(s)<br><br>vs.<br><br>Ma Kazaz, aka Mohammad Abdullah Kazaz<br><br><br><br><br><br><br>Defendant(s) | CASE NO.: 6:20-bk-13807-SC<br>CHAPTER: 6:20-ap-01153-SC<br>ADVERSARY NO: 7<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE:  7/27/2021<br>TIME:   1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth Street<br>           Santa Ana, CA 92701 |
|---|---|

1. A status conference took place on the date and time indicated above:
2. Parties and counsel were present as reflected in the court record:
3. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further status conference:   *(date)* _____   *(time)* _____
   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____
   e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

8443.0099 / 02280541.1 This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                   Page 1                                   **F 7016-1.2.ORDER.STATUS.CONF**

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____.

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____.
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☒ A trial is set for *(date)* August 10, 2021  *(time)* 10:00 a.m.

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: Five (5) Exhibit books to be delivered to chambers by August 6, 2021 at 12:00 p.m. Pocket Briefs on evidentiary issues due August 6, 2021 at 12:00 p.m. Exhibits to be exchanged by email to opposing counsel by August 6, 2021.

###

Date: July 28, 2021

Scott C. Clarkson
United States Bankruptcy Judge

---

8443.0099 / 02280541.1 This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF