PRENOVOST, NORMANDIN, DAWE & ROCHA
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:    (714) 547-2444
Fax No.:    (714) 835-2889

Attorney for NEXTGEAR CAPITAL, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MA KAZAZ,<br><br>Debtor. | Case No. 6:20-bk-13807-SC<br><br>Chapter 7<br><br>Adv. No. 6:20-ap-01153-SC |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MA KAZAZ, aka MOHAMMAD ABDULLAH KAZAZ,<br><br>Defendant. | **NOTICE OF LODGING DEPOSITION TRANSCRIPT**<br><br>Trial Date:    September 16, 2021<br>Time:    10:00 a.m.<br>Ctrm:    5C<br>Place:    U.S. Bankruptcy Court<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE AND TO COUNSEL OF RECORD:

Plaintiff NextGear Capital, Inc. hereby gives notice that it is lodging a copy of the original deposition transcript of Ma Kazaz, taken on May 24, 2021.

DATED: September 1, 2021    PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation


By:    /s/ Tom R. Normandin
TOM R. NORMANDIN
Attorney for Plaintiff NextGear Capital, Inc.

8443.0099 / 02299021.1    1

PLAINTIFF'S POCKET BRIEF RE DEFENDANT'S FAILURE TO PRODUCE DOCUMENTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2122 N. Broadway, Suite 200, Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): Notice of Lodging Deposition Transcript will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 1, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 7 Trustee: Howard B Grobstein (TR)    hbgtrustee@gtllp.com, C135@ecfcbis.com
Attorney for Defendant: Lotfy Mrich    VINEYARDLAWYERS@GMAIL.COM
Attorney for NextGear, Inc: Tom Roddy Normandin tnormandin@pnbd.com, srichards@pnbd.com; cathyjones@pnbd.com;
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 1, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Defendant<br>Ma Kazaz<br>7781 Archibald Avenue, Apt 21<br>Rancho Cucamonga, CA 91730 | Attorney for Defendant<br>Lotfy Mrich<br>Vineyard Law Group<br>337 N. Vineyard Avenue, Ste 217<br>Ontario, CA 91764 |
|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 1, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Judge Scott Clarkson
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1, 2021 | Stephanie Richards | /s/ Stephanie Richards |
|---|---|---|
| Date | Printed Name | Signature |

---

8443.0099 / 02166983.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE