DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☒    or    Defendant/Respondent(s): ☐

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MA KAZAZ,<br><br><br><br>Debtor(s) | Case No.: 6:20-bk-13807-SC<br><br>Adversary No.: 6:20-ap-01153-SC<br><br>Chapter  7 ☒   11 ☐   13 ☐<br><br>**EXHIBIT REGISTER AND NOTICE**<br><br>**RE DISPOSITION OF EXHIBITS** |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff/Movant(s)<br><br>vs.<br>MA KAZAZ, aka MOHAMMAD ABDULLAH KAZAZ,<br><br>Defendant/Respondent(s) | Hearing Date: September 16, 2021<br><br>Hearing Time: 10:00 a.m.<br><br>Hearing Place: 411 West Fourth Street,<br>Santa Ana CA 92701<br>Courtroom: 5C |

**LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

1. Kar Max Corporate Statement of Information
2. Kar Max Dealer Credit Application
3. MA Kazaz Driver's License
4. Kar Max Dealer License
5. Demand Promissory Note and Guarantee
6. UCC Financing Statement Kar Max
7. SOT Vehicle Report
8. Receivable Detail Report
9. Kar Max NSF Transactions
10. DMV Title Transfer for 2016 BMW
11. Bill of Sale for 2016 BMW
12. Cash Statement for 2016 BMW
13. DMV Title Transfer for 2018 Mercedes
14. Bills of Sale for 2018 Mercedes
15. Cash Statement for 2018 Mercedes

B-3024    *    EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☑  or  Defendant/Respondent(s): ☐

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>MA KAZAZ,<br><br><br>Debtor(s) | Case No.: 6:20-bk-13807-SC<br>Adversary No.: 6:20-ap-01153-SC<br>Chapter 7 ☑   11 ☐   13 ☐<br>**EXHIBIT REGISTER AND NOTICE**<br>**RE DISPOSITION OF EXHIBITS** |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br>Plaintiff/Movant(s)<br>vs.<br>MA KAZAZ, aka MOHAMMAD ABDULLAH KAZAZ,<br>Defendant/Respondent(s) | Hearing Date: September 16, 2021<br>Hearing Time: 10:00 a.m.<br>Hearing Place: 411 West Fourth Street, Santa Ana CA 92701<br>Courtroom: 5C |

**LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

16. NextGear v Kar Max State Complaint
17. Entry of Default Mahrouf Kazaz
18. Notary Declaration
19. Requests for Production of Document from MA Kazaz
20. Notice of Deposition of Ma Kazaz
21. Notice of Continued Deposition of Ma Kazaz
22. Notice of BK MA Kazaz
23. MA Kazaz's Summary of Amended Schedules
24. NextGear's Collections Management Screen Notes
25. NextGear's Payments Received Report
26. Communications with Farmars Finance, LLC
27. Chase Bank Records
28. Gate Releases
29. Attorneys Fees and Costs Through August 31, 2021

B-3024   *   EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

_____  **KATHLEEN J. CAMPBELL**
Date                                                               U. S. Bankruptcy Court


By: _____
       Deputy Clerk

Disposed of on _____        Deputy Clerk _____

Withdrawn on _____          By: _____

Revised 12/12