*[Handwritten notes at top:]* 1 ✓ / ... 145 - 2³⁰ = 1.25 / 4.25 / Feb. 10, 2022 / Thursday

*[Handwritten left margin:]* Dep. Clk: A. McCall

*[Handwritten right:]* Held in Santa Ana

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Clarkson, Presiding
### Courtroom 126 Calendar

**Thursday, February 10, 2022**                                **Hearing Room   126**

10:00 AM
**6:20-13807   MA KAZAZ**                                                       **Chapter 7**
Adv#: 6:20-01153     NextGear Capital Inc v. KAZAZ

#1.00     CONT. TRIAL re: Complaint by NextGear Capital Inc against MA KAZAZ. for Dischargeability under Section 523(a)(2), 523(a)(4), and 523(a)(6)

From: 9/16/21, 12/6/21

EH_____

                          Docket    1

**Tentative Ruling:**

Tentative for 2/10/22:

Appearances are required in person in Courtroom 5C.

*******************************************************************************

Tentative for 7/27/21:

For the reasons more fully stated below, the Court is inclined to: (1) sanction the parties in the amount of $250.00 each for failure to timely file a pre-trial stipulation, (2) issue an order to show cause ("OSC") why this case should not be dismissed for Plaintiff's failure to prosecute, which will be heard on October 13, 2021, at 1:30 p.m., and (3) set a continued pre-trial conference on October 13, 2021, at 1:30 p.m.

Any response to the OSC, as well as a joint pre-trial stipulation, shall be due not later than September 29, 2021.

This case was previously dismissed for Plaintiff's failure to file a status report in accordance with the Court's rules and instructions and attend the initial status conference held on December 2, 2020. That dismissal was vacated when the Court granted Plaintiff's motion for reconsideration, which contained assurances that "similar mistakes will not occur again." Dk. 11, Pg. 2:20-21.

DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☑   or   Defendant/Respondent(s): ☐

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

MA KAZAZ,

Debtor(s)

NEXTGEAR CAPITAL, INC.,

Plaintiff/Movant(s)

vs.

MA KAZAZ, aka MOHAMMAD ABDULLAH KAZAZ,

Defendant/Respondent(s)

Case No.: 6:20-bk-13807-SC

Adversary No.: 6:20-ap-01153-SC

Chapter 7 ☒    11 ☐    13 ☐

**EXHIBIT REGISTER AND NOTICE**

**RE DISPOSITION OF EXHIBITS**

Hearing Date: September 16, 2021

Hearing Time: 10:00 a.m.

Hearing Place: 411 West Fourth Street,
Santa Ana CA 92701

Courtroom: 5C

### LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

1. Kar Max Corporate Statement of Information — admitted
2. Kar Max Dealer Credit Application
3. MA Kazaz Driver's License
4. Kar Max Dealer License — admitted
5. Demand Promissory Note and Guarantee — pgs. 19-20 admitted
6. UCC Financing Statement Kar Max — admitted
7. SOT Vehicle Report — admitted
8. Receivable Detail Report
9. Kar Max NSF Transactions
10. DMV Title Transfer for 2016 BMW
11. Bill of Sale for 2016 BMW
12. Cash Statement for 2016 BMW
13. DMV Title Transfer for 2018 Mercedes
14. Bills of Sale for 2018 Mercedes
15. Cash Statement for 2018 Mercedes

B-3024   *   EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☒    or    Defendant/Respondent(s): ☐

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MA KAZAZ,<br><br><br>Debtor(s) | Case No.: 6:20-bk-13807-SC<br><br>Adversary No.: 6:20-ap-01153-SC<br><br>Chapter 7 ☒    11 ☐    13 ☐<br><br>**EXHIBIT REGISTER AND NOTICE**<br><br>**RE DISPOSITION OF EXHIBITS** |
| NEXTGEAR CAPITAL, INC.,<br>Plaintiff/Movant(s)<br><br>vs.<br><br>MA KAZAZ, aka MOHAMMAD ABDULLAH KAZAZ,<br>Defendant/Respondent(s) | Hearing Date: September 16, 2021<br>Hearing Time: 10:00 a.m.<br>Hearing Place: 411 West Fourth Street,<br>Santa Ana CA 92701<br>Courtroom: 5C |

**LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

| # | Description | Status |
|---|---|---|
| 16. | NextGear v Kar Max State Complaint | Withdrawn |
| 17. | Entry of Default Mahrouf Kazaz | |
| 18. | Notary Declaration | admitted |
| 19. | Requests for Production of Document from MA Kazaz | |
| 20. | Notice of Deposition of Ma Kazaz | |
| 21. | Notice of Continued Deposition of Ma Kazaz | |
| 22. | Notice of BK MA Kazaz | |
| 23. | MA Kazaz's Summary of Amended Schedules | |
| 24. | NextGear's Collections Management Screen Notes | |
| 25. | NextGear's Payments Received Report | admitted |
| 26. | Communications with Farmars Finance, LLC | admitted |
| 27. | Chase Bank Records | |
| 28. | Gate Releases | |
| 29. | Attorneys Fees and Costs Through August 31, 2021 | |

B-3024    *    EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

### NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

_____
Date

**KATHLEEN J. CAMPBELL**
U. S. Bankruptcy Court

By: _____
Deputy Clerk

Disposed of on _____    Deputy Clerk _____

Withdrawn on _____    By: _____

Revised 12/12